No. 75–1180. Division of Vocational Rehabilitation, Department of Health and Rehabilitative Services of Florida, et al. v. Thomas et al. Sup. Ct. Fla. Certiorari denied.

No. 75–1191. DeGuiseppe v. Board of Fire and Police Commissioners of the Village of Bellwood et al. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–1205. Agger, Trustee in Bankruptcy v. Seaboard Allied Milling Corp. et al. C. A. 1st Cir. Certiorari denied.

No. 75–1206. Weiner et al. v. Lucas, U. S. District Judge, et al. C. A. 9th Cir. Certiorari denied.

No. 75–1207. Allanson v. Georgia. Sup. Ct. Ga. Certiorari denied.

No. 75–1208. Schuppenhauer v. Peoples Gas Light & Coke Co. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–1214. Long v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 75–1227. Sullins v. State Bar of California. Sup. Ct. Cal. Certiorari denied.

No. 75–1228. Hairston v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 75–1241. Mid-America Transportation Co., Inc. v. National Marine Service, Inc., et al. C. A. 8th Cir. Certiorari denied.